# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jose Guadalupe Altamirano Ahumada

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-5331-LL-DEB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Amended Petition for Writ of Habeas Corpus. This case is hereby closed.

**Date:** 11/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-5331-LL-DEB

Respondents:

Christopher J. LaRose,
Warden at Otay Mesa Detention Center;

Markwayne Mullin,
Secretary of the Department of Homeland Security;

Todd Blanche,
Attorney General;

Todd M. Lyons,
Acting Director, Immigration and Customs Enforcement;

Jesus Rocha,
Acting Field Office Director, San Diego Field Office